## U.S. COURT OF APPEALS, 2ND CIRCUIT

## MONDAY, OCTOBER 29, 2007

## BARBARA E. SALAMON V. OUR LADY OF VICTORY HOSPITAL

## 06-1707-cv

## THIS OPINION HAS BEEN WITHDRAWN.

## AN AMENDED OPINION WILL FOLLOW.